UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>The availability of certain records from Sierra County Superior Court Cause Number 6705. | NO: CV-10-472-RMP<br><br>(Grant County Superior Court Case No. 10-2-01727-1)<br><br>ORDER ADDRESSING MOTIONS AND SETTING HEARING DATE |

This matter is before the Court on Respondent Aaron Doyle's motion, ECF No. 27, to strike or vacate Petitioner City of Quincy's pending motion, ECF No. 22, for attorney's fees and Mr. Doyle's motion, ECF No. 31, to expedite his motion to strike or vacate.

The Court finds good cause to expedite hearing of Mr. Doyle's motion to expedite his motion to vacate. LR 7.1(h). Mr. Doyle moves to strike or vacate the City of Quincy's motion for attorney's fees and costs on the basis that the City noted its motion for hearing 16 days after the date the motion was filed in conflict with Local Rule 7.1.

ORDER ADDRESSING MOTIONS AND SETTING HEARING DATE ~ 1

While it is within the Court's discretion to strike the City's procedurally deficient documents, the Court has decided to consider the City's motion on its merits. However, the Court finds it appropriate to reset the City's motion for a later hearing date to give Respondents additional time to respond to the City's motion. LR 7.1(h).

Accordingly, **IT IS ORDERED**:

1. Mr. Doyle's motion, **ECF No. 31**, to expedite hearing of his motion to strike or vacate is **GRANTED**.

2. Mr. Doyle's motion, **ECF No. 27**, to strike or vacate the City of Quincy's motion for attorney's fees is **DENIED**.

3. The City of Quincy's motion, **ECF No. 22**, is **RESET** for hearing without oral argument on **April 27, 2011**, **at 6:30 p.m.** Any response from Mr. Doyle shall be submitted by **April 22, 2011**, and any reply by the City of Quincy shall be submitted by **April 26, 2011**.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 15th day of April, 2011.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

ORDER ADDRESSING MOTIONS AND SETTING HEARING DATE ~ 2