AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

IN RE:

JUDGMENT IN A CIVIL CASE

The availability of certain records from Sierra County Superior Court Cause Number 6705.

CASE NUMBER: CV-10-472-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the City of Quincy is awarded attorney fees in the amount of $2,292.50 against Respondent, Aaron Doyle.

May 31, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson